**CEPHALON, INC., Plaintiff–Appellee,**

v.

**WATSON PHARMACEUTICALS, INC., Watson Laboratories, Inc., and Watson Pharma, Inc., Defendants–Appellants.**

**Nos. 2011–1326, 2011–1371.**

United States Court of Appeals, Federal Circuit.

Dec. 8, 2011.

William F. Lee, Wilmer Cutler Pickering Hale and Dorr, LLP, of Boston, MA, argued for plaintiff-appellee. With him on the brief were Mark C. Fleming; and William G. McElwain, Carolyn Jacobs Chach-

kin and Jacob S. Oyloe, of Washington, DC. Of counsel on the brief were William J. Marsden, Jr., Fish & Richardson P.C., of Wilmington, DE; and Juanita R. Brooks, of San Diego, CA; and Jonathan E. Singer, of Minneapolis, MN.

James K. Stronski, Crowell & Moring, LLP, of New York, NY, argued for defendants-appellants. With him on the brief were Chiemi D. Suzuki, and Jacob Z. Zambrzycki.

PROST, CLEVENGER, and REYNA, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**